# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELENA GUTTING, | |
| Plaintiff, | Case No. 2:15-cv-02216-GMN-CWH |
| vs. | **ORDER** |
| AMERICAN FAMILY FINANCIAL SERVICES, INC., et al., | |
| Defendants. | |

The Court is in receipt of the attached letter dated May 9, 2016, from Plaintiff Angelena Gutting requesting that the Court schedule a mandatory settlement conference in this case. On May 16, 2016, the Court also received a letter (ECF No. 27) from Defendants stating that they do not believe a settlement conference would be productive.

As a preliminary matter, the attorneys in this case are advised that under Local Rule IA 7-1(b), "an attorney or pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." The parties are directed to file all future case-related correspondence in the Court's docket.

Given that Defendants represent that a settlement conference would not be productive at this time and that there are pending dispositive motions in this case, the Court will deny Plaintiff's request for a mandatory settlement conference, without prejudice.

DATED: May 24, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

# LAW OFFICES OF CORY J. HILTON

A T T O R N E Y S   A T   L A W

5545 S. Mountain Vista St. Ste. F Las Vegas, NV 89120  Telephone (702) 384-8000 ~ Facsimile (702) 384-8200

May 9, 2016                                                                 <u>*Via United States Mail*</u>

The Honorable Carl Hoffman
United States Magistrate Judge
333 South Las Vegas Boulevard
Suite 3014
Las Vegas, Nevada 89101

      RE:    ***Gutting v. American Family Insurance Company, 2:15-cv-02216-GMN-CWH***

Magistrate Judge:

      This letter comes in response to your suggestions to counsel following the April 26, 2016 hearing on the matter described above. On said date, you vocalized your recommendation that the parties engage in settlement discussions in an effort to resolve the matter.

      Following your lead and communications with opposition counsel in regards to such a proposal, I respectfully inquire as to whether you would be willing to conduct a Mandatory Settlement Conference in this matter.

      As always, should you have any questions or concerns regarding the content of this letter, please do not hesitate to contact my office.

                                                  Kind Regards,

                                                  Cory J. Hilton, Esq.
                                                  **LAW OFFICES OF CORY J. HILTON**

CJH/jrs

    c.c.:    Scott Flinders, Esq.
              Hutchison & Steffen
              10080 West Alta Drive, Suite 200
              Las Vegas, Nevada 89145

